## John Hillman, Appellant, v. John Stratman, Appellee.

### (Not to be reported in full.)

Appeal from the Circuit Court of Adams county; the Hon. ALBERT AKERS, Judge, presiding. Heard in this court at the October term, 1914. Affirmed. Opinion filed April 16, 1915.

### Statement of the Case.

Action by John Hillman against John Stratman to recover damages for the failure of appellee to purchase land according to a written contract. Appellee gave appellant a note for $2,000 for the cash payment provided in the contract, which the appellant returned at the trial. Judgment for appellant for one dollar was entered, from which he appeals.

Evidence was admitted of the admissions or statements of appellant "that appellee had bought the land cheap, that it was really worth more than appellee agreed to pay for it."

GOVERT & LANCASTER, for appellant.

H. M. SWOPE and J. E. WALL, for appellee.

MR. JUSTICE SCHOLFIELD delivered the opinion of the court.

### Abstract of the Decision.

1. VENDOR AND PURCHASER, § 320a*—*when admissions of vendor evidence in action for breach of contract.* Evidence of statements or admissions of a vendor that a vendee bought land cheap, and that it was worth more than he agreed to pay for it, *held* admissible in an action against the vendee for refusing to complete the purchase.

2. VENDOR AND PURCHASER, § 320a*—*sufficiency of evidence in action for breach of contract.* The evidence in an action for the refusal of a vendee to complete the purchase of land he had contracted to buy, *held* to sustain a verdict in favor of the vendor for one dollar damages.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.